UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23146-BLOOM/Reid

JUAN TUNON-PADRON,

    Plaintiff,

v.

PATRICK LEON RIGGINS, *et al.*,

    Defendants.

                                      /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon *pro se* Plaintiff's Complaint, ECF No. [1], filed pursuant to 42 U.S.C. § 1983, which was previously referred to the Honorable Lisette M. Reid for all preliminary orders and a Report and Recommendation on any dispositive matters. *See* ECF No. [3]. In the Complaint, Plaintiff asserts a claim for unlawful use of force against Defendants Colonel Patrick Leon Riggins ("Riggins"), Assistant Warden Heron ("Heron"), Lieutenant Thompson ("Thompson"), and Captain John Doe ("John Doe"), a claim for failure to intervene against Defendants Heron, Thompson, and John Doe, a claim for retaliatory falsification of disciplinary reports against Defendants Riggins and Heron, and a punitive damages claim against Defendants Riggins, Heron, Thompson, and John Doe. *See generally* ECF No. [1].

On August 29, 2019, Judge Reid issued a Report and Recommendation ("Report") recommending that all of the Plaintiff's claims should proceed. ECF No. [6], at 12. The Report advised Plaintiff that "[o]bjections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report." *Id*. Given that the Report recommends that all of Plaintiff's claims proceed, the Plaintiff, therefore, has no basis to object. The Court has,

nonetheless, conducted a *de novo* review of Judge Reid's Report and the record and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report to be well reasoned and correct, and agrees with its analysis.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [6]**, is **ADOPTED**.

2. Plaintiff's claims against Defendants Colonel Patrick Leon Riggins, Assistant Warden Heron, Lieutenant Thompson and Captain John Doe may **PROCEED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 30, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

The Honorable Lisette M. Reid

Juan A. Tunon-Padron
M48422
Columbia Correctional Institution
Inmate Mail/Parcels
216 SE Corrections Way
Lake City, FL 32025
PRO SE